# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America )<br>v. )<br>KRISTOFER D. KNICKERBOCKER, )<br>CAMERON A. HARRUP, )<br>KIMBERLYNA L. SOK, )<br> )<br>*Defendant(s)* | Case No. 1:21-MJ-144<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 2021 - March 2021  in the city/county of  Prince William and Fairfax
in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a) and 846 | Conspiracy to distribute five grams or more of methamphetamine. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Rachael Tucker, AUSA
*Printed name and title*

MICHAEL JORDAN  *Digitally signed by MICHAEL JORDAN Date: 2021.04.21 15:16:16 -04'00'*
*Complainant's signature*

Michael Jordan, AFT Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone  *(specify reliable electronic means)*.

Date: 4/22/2021

*Digitally signed by Michael S. Nachmanoff Date: 2021.04.22 13:23:57 -04'00'*
*Judge's signature*

City and state:  Alexandria, VA

The Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*